# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03156-LTB

SAMUEL HERNANDEZ,

Plaintiff,

v.

SUMMIT FAMILY RESTAURANTS INC. D/B/A CASA BONITA,

Defendant.

---

## DEFENDANT SUMMIT FAMILY RESTAURANTS INC. D/B/A CASA BONITA'S RULE 7.1 CORPORATE DISCLOSURE

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant Summit Family Restaurants Inc. d/b/a Casa Bonita ("Summit"), through its undersigned counsel, MOYE WHITE LLP, makes the following corporate disclosure:

Defendant Summit is a wholly-owned subsidiary of Star Buffet, Inc. Star Buffet, Inc. is a publicly held company.

Respectfully submitted this 12th day of November, 2020.

**MOYE WHITE LLP**

By: */s/ Abigail L. Brown*
    Rebecca B. DeCook (#14590)
    Abigail L. Brown (#46172)
    Caleena S. Braig (#51762)
    MOYE WHITE LLP
    1400 16th Street, 6th Floor Denver,
    Colorado 80202-1027
    Telephone: (303) 292-2900
    Facsimile: (303) 292-4510
    Email: becky.decook@moyewhite.com
    Email: abby.brown@moyewhite.com
    Email: caleena.braig@moyewhite.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Claire E. Hunter, Esq.
Jesse K. Fishman, Esq.
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, CO 80202
*Attorneys for Plaintiffs*

                                                       */s/ Abigail L. Brown*